JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTER CARE PLASTIC TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> GREDALE, LLC, and STOP C-19, LLC, <br><br> Defendants. | Case No. 5:21-cv-00216 JWH (SPx) <br><br> **STIPULATED JUDGMENT** |

By the agreement and consent to the terms set forth herein, Plaintiff CLEAN SAFETY, INC. ("Clean Safety") and Defendants GREDALE, LLC, and STOP C-19, LLC, (collectively "Defendants") having reached a full settlement of Clean Safety's claim against Defendants,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court has jurisdiction over the Parties and the subject matter of this action, and venue is proper in the Central District of California.

2. Pursuant to a confidential Settlement Agreement (the "Agreement") executed by the Parties, the Parties have settled the claims brought by Clean Safety against Defendants in the above-styled matter, conditioned upon Defendants' full and final performance and satisfaction, whether jointly or severally, of the Agreement's terms.

3. Pursuant to Parties' Agreement, the Court enters this Stipulated Judgment in favor of Clean Safety and against Defendants, jointly and severally, in the amount of $1,250,000 to be paid by Defendants to Clean Safety no later than April 20, 2024.

4. Pursuant to the Parties' Agreement and this Stipulated Judgment, the Court orders Defendants to cooperate with Clean Safety and its counsel and to comply with the terms of the Agreement.

5. This Court retains jurisdiction to consider, upon application by any Party, any violation of the terms of the Agreement or this Stipulated Judgment.

6. This Court also retains jurisdiction to consider and determine any breach of the Agreement entered into between the Parties hereto, and the Parties agree that any matter arising out of or relating to that Agreement or this Stipulated Judgment shall be litigated in this Court.

**IT IS SO ORDERED.**

Dated: February 20, 2024

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

4880-8975-4790.1