AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the Central District of California___ on the following

☒ Trademarks or    ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>5:21-cv-00216-JWH (SPx) | DATE FILED<br>02/05/2021 | U.S. DISTRICT COURT<br>Central District of California | |
|---|---|---|---|
| PLAINTIFF<br>BETTER CARE PLASTIC TECHNOLOGY CO., LTD., a Limited Liability Chinese Company | | DEFENDANT<br>GREDALE, LLC, a Maryland limited liability company | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 None | N/A | Jurisdiction in this case is based on a violation of 15 U.S.C. 1125(a), but no registered trademark is at issue. | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Pursuant to Parties' Agreement, the Court enters this Stipulated Judgment in favor of Clean Safety and against Defendants, jointly and severally, in the amount of $1,250,000 to be paid by Defendants to Clean Safety no later than April 20, 2024. |

| CLERK<br>Brian D. Karth | (BY) DEPUTY CLERK<br>R. Olmos | DATE<br>2/20/24 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy



JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTER CARE PLASTIC TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>GREDALE, LLC, and STOP C-19, LLC,<br><br>Defendants. | Case No. 5:21-cv-00216 JWH (SPx)<br><br>**STIPULATED JUDGMENT** |

By the agreement and consent to the terms set forth herein, Plaintiff CLEAN SAFETY, INC. ("Clean Safety") and Defendants GREDALE, LLC, and STOP C-19, LLC, (collectively "Defendants") having reached a full settlement of Clean Safety's claim against Defendants,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court has jurisdiction over the Parties and the subject matter of this action, and venue is proper in the Central District of California.

2. Pursuant to a confidential Settlement Agreement (the "Agreement") executed by the Parties, the Parties have settled the claims brought by Clean Safety against Defendants in the above-styled matter, conditioned upon Defendants' full and final performance and satisfaction, whether jointly or severally, of the Agreement's terms.

3. Pursuant to Parties' Agreement, the Court enters this Stipulated Judgment in favor of Clean Safety and against Defendants, jointly and severally, in the amount of $1,250,000 to be paid by Defendants to Clean Safety no later than April 20, 2024.

4. Pursuant to the Parties' Agreement and this Stipulated Judgment, the Court orders Defendants to cooperate with Clean Safety and its counsel and to comply with the terms of the Agreement.

5. This Court retains jurisdiction to consider, upon application by any Party, any violation of the terms of the Agreement or this Stipulated Judgment.

6. This Court also retains jurisdiction to consider and determine any breach of the Agreement entered into between the Parties hereto, and the Parties agree that any matter arising out of or relating to that Agreement or this Stipulated Judgment shall be litigated in this Court.

**IT IS SO ORDERED.**

Dated: February 20, 2024

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE